| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2020** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Santoro, Frank J. | 2. Court or Organization<br><br>U. S. Bankruptcy Court, EDVA | 3. Date of Report<br><br>08/13/2021 |
| --- | --- | --- |
| **4. Title (Article III judges indicate active or senior status;**<br>magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| **7. Chambers or Office Address**<br><br>600 Granby Street<br>Norfolk, Virginia 23510 |
| --- |

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
| --- |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tidewater Bankruptcy Bar Association | 02/27/2020 - 02/29/2020 | Norfolk, VA | To appear at professional education seminar | Lodging and parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Farm, 1/2 interest, Isle of Wight County, Virginia July 03 | | None | N | W | | | | | |
| 2. FSNC, LLC, 88% Membership Interest | | None | N | W | | | | | |
| 3. Geeks on Call, Convertible Preferred Stock | | None | J | W | | | | | |
| 4. Waterside Capital Corporation | | None | J | T | | | | | |
| 5. First Eagle Global Fund Class A | D | Int./Div. | | | Sold | 10/21/20 | L | | |
| 6. Pimco Income Fund Class A | A | Int./Div. | | | Sold | 10/21/20 | J | | |
| 7. IShares Russell 2000 ETF | A | Dividend | | | Sold | 10/21/20 | J | | |
| 8. IShares Russell 1000 Growth | A | Dividend | | | Sold | 10/21/20 | J | | |
| 9. Invesco Floating rate Class Fund I | A | Dividend | | | Sold | 10/21/20 | J | | |
| 10. Accenture | A | Dividend | | | Sold | 10/21/20 | J | | |
| 11. Alphabet Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 12. Ameriprise | A | Dividend | | | Sold | 10/21/20 | J | | |
| 13. Colgate Palmolive | A | Dividend | | | Sold | 10/21/20 | J | | |
| 14. Comcast Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 15. Danaher Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 16. Ecolab Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 17. Facebook Inc Class A | A | Dividend | | | Sold | 10/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Home Depot Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 19. Honeywell Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 20. Intercontinental Exchange Group | A | Dividend | | | Sold | 10/21/20 | J | | |
| 21. Medtronic | A | Dividend | | | Sold | 10/21/20 | J | | |
| 22. OReilly Automotive | A | Dividend | | | Sold | 10/21/20 | J | | |
| 23. Red Hat | A | Dividend | | | Sold | 10/21/20 | J | | |
| 24. Rockwell Automation Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 25. Thermo Fisher Scientific Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 26. TJX Companies Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 27. United technologies | A | Dividend | | | Sold | 10/21/20 | J | | |
| 28. Walt Disney Company | A | Dividend | | | Sold | 10/21/20 | J | | |
| 29. Adobe Systems Delaware | A | Dividend | | | Sold | 10/21/20 | J | | |
| 30. Lowes | A | Dividend | | | Sold | 10/21/20 | J | | |
| 31. Artisan Global Value Fund Class A | A | Dividend | | | Sold | 10/21/20 | J | | |
| 32. Chubb Ltd. Bond | A | Dividend | | | Sold | 10/21/20 | J | | |
| 33. Coca Cola | A | Dividend | | | Sold | 10/21/20 | J | | |
| 34. Crane Company | A | Dividend | | | Sold | 10/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Diageo PLC | A | Dividend | | | Sold | 10/21/20 | J | | |
| 36. Intel Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 37. Lockheed Martin Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 38. Marsh & McClennan | A | Dividend | | | Sold | 10/21/20 | J | | |
| 39. McDonalds Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 40. Microsoft Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 41. Nextera Energy Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 42. Novartis | A | Dividend | | | Sold | 10/21/20 | J | | |
| 43. Texas Instruments | A | Dividend | | | Sold | 10/21/20 | J | | |
| 44. Union Pacific Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 45. VF Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 46. American Growth | E | Dividend | N | T | | | | | |
| 47. American Global Growth | E | Dividend | M | T | | | | | |
| 48. Schlumberger | A | Dividend | | | Sold | 10/21/20 | J | | |
| 49. JP Morgan Income Builder | B | Dividend | | | Sold | 10/21/20 | K | | |
| 50. Chevron | A | Dividend | | | Sold | 10/21/20 | J | | |
| 51. Johnson & Johnson | A | Dividend | | | Sold | 10/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Suncor Energy | A | Dividend | | | Sold | 10/21/20 | J | | |
| 53. Blackrock, INC | A | Dividend | | | Sold | 10/21/20 | J | | |
| 54. Garrett Motion INC | A | Dividend | | | Sold | 10/21/20 | J | | |
| 55. Mondelez Interntl Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 56. Parker Hanifin Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 57. Residio Technologies | A | Dividend | | | Sold | 10/21/20 | J | | |
| 58. United Health | A | Dividend | | | Sold | 10/21/20 | J | | |
| 59. IShares Corp S&P Mid-Cap | B | Dividend | | | Sold | 10/21/20 | K | | |
| 60. AB Sustainable Global Fund | A | Dividend | | | Sold | 10/21/20 | J | | |
| 61. AQR Defensive Equity Fund Class A | A | Dividend | | | Sold | 10/21/20 | J | | |
| 62. PGIM JENN Global Opportunities CL Z | B | Dividend | | | Sold | 10/21/20 | J | | |
| 63. Angel Oak Multi Strategy Income Fund | A | Dividend | | | Sold | 10/21/20 | J | | |
| 64. PGIM Short Duration High Yield Fund | A | Dividend | | | Sold | 10/21/20 | J | | |
| 65. Putnam Diversified Income Fund Class Y | A | Dividend | | | Sold | 10/21/20 | J | | |
| 66. Linde PLC Eur | A | Dividend | | | Sold | 10/21/20 | J | | |
| 67. Republic Services Inc | A | Dividend | | | Sold | 10/21/20 | J | | |
| 68. Rockwell Automation Inc | A | Dividend | | | Sold | 10/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. American Growth and Income | D | Dividend | N | T | | | | | |
| 70. Boeing Company | A | Dividend | | | Sold | 10/21/20 | J | | |
| 71. Costco Wholesale Corp | A | Dividend | | | Sold | 10/21/20 | J | | |
| 72. Amer Electric Power Co | A | Dividend | | | Sold | 10/21/20 | J | | |
| 73. Cohen and Steers Preferred CPXIX | A | Dividend | | | Sold | 10/21/20 | J | | |
| 74. PGIM Total Return Bond PDBZX | A | Dividend | | | Sold | 10/21/20 | K | | |
| 75. Vanguard Total Stock | A | Dividend | | | Sold | 10/21/20 | J | | |
| 76. Pioneer Muti Asset MYFRX | A | Dividend | | | Sold | 10/21/20 | K | | |
| 77. Ishares Core S&P Mid Cap ETF | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 78. JPMorgan Ultra Short Income ETF | B | Dividend | L | T | Buy | 10/26/20 | L | | |
| 79. PGIM Ultra Short Bond | B | Dividend | L | T | Buy | 10/26/20 | L | | |
| 80. AQR Large Cap | A | Dividend | K | T | Buy | 10/28/20 | K | | |
| 81. Alger Dynamic Oppt | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 82. AB Sustainable Global | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 83. Blackrock Technology Oppt | A | Dividend | J | T | Buy | 11/02/20 | J | | |
| 84. Blackrock Multi Asset | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 85. Cohen & Steers Realty Fund | A | Dividend | J | T | Buy | 10/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cohen & Steers PFD Sec | A | Dividend | K | T | Buy | 10/29/20 | K | | |
| 87. Columbia Small Cap growth | A | Dividend | J | T | Buy | 10/28/20 | J | | |
| 88. Dodge & Cox Stock Fund | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 89. Harding Loevner Intl Equity | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 90. Oakmark Intl | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 91. JP Morgan Income Builder | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 92. JP Morgan Large Cap Growth | A | Dividend | K | T | Buy | 10/26/20 | J | | |
| 93. New World Class F2 | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 94. Pimco Income Cl I2 | A | Dividend | K | T | Buy | 10/27/20 | K | | |
| 95. Pimco Low Duration Income | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 96. Pimco Mortgage Oppty & Bond | A | Dividend | K | T | Buy | 10/26/20 | K | | |
| 97. PGIM Jennison Global | A | Dividend | J | T | Buy | 11/04/20 | J | | |
| 98. PGIM Floating Rate Income Fund | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 99. PGIM Total Return Fund | B | Dividend | K | T | Buy | 10/26/20 | K | | |
| 100. PGIM High Yield | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 101. Riverpark Long Short Oppty | A | Dividend | K | T | Buy | 10/27/20 | K | | |
| 102. Abbott Laboratories | A | Dividend | J | T | Buy | 10/29/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Adobe Inc | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 104.  Alphabet Inc. | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 105.  Amazon.com | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 106.  American Tower Corp | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 107.  Ameriprise | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 108.  Apple, Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 109.  Applied Materials | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 110.  Boston Scientific Corp | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 111.  Comcast Corp Class A | A | Dividend | J | T | Buy | 10/28/20 | J | | |
| 112.  Costco Wholesale Corp | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 113.  Danaher Corp | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 114.  Dollar General Corp | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 115.  Facebook Inc. | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 116.  Fidelity National Information | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 117.  Home Depot Inc. | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 118.  Honeywell Int Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 119.  Intercontinental Exchane Inc. | A | Dividend | J | T | Buy | 10/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Estee Lauder Co Inc. | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 121. Lowes Co Inc. | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 122. Microsoft Corp | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 123. Oreilly Automotive Inc | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 124. Parker-Hannifin Corp | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 125. Rockwell Automation Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 126. Salesforce Com Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 127. Sherwin Williams Co | A | Dividend | J | T | Buy | 11/04/20 | J | | |
| 128. TJX Co Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 129. Texas Instruments | A | Dividend | J | T | Buy | 11/03/20 | J | | |
| 130. Thermo Fisher Scientific Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 131. United Health Group Inc. | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 132. Visa Inc | A | Dividend | J | T | Buy | 11/06/20 | J | | |
| 133. Accenture PLC Ireland | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 134. Medtronic PLC | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 135. American Electric Power Company | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 136. Amgen Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Santoro, Frank J.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Analog Devices Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 138. Automatic Data Processing Inc | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 139. Blackrock Inc | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 140. Cisco Systems Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 141. Coca-Cola Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 142. Crane Company | A | Dividend | J | T | Buy | 10/28/20 | J | | |
| 143. Diageo PLC | A | Dividend | J | T | Buy | 10/28/20 | J | | |
| 144. EOG Resources Inc | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 145. Intel Corp | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 146. JP Morgan Chase | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 147. Johnson & Jomson | A | Dividend | J | T | Buy | 10/28/20 | J | | |
| 148. Lockheed Martin | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 149. Marsh & McLennan | A | Dividend | J | T | Buy | 11/02/20 | J | | |
| 150. McDonalds Corp | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 151. Nextera Energy | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 152. Novartis AG | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 153. Phillips 66 | A | Dividend | J | T | Buy | 10/26/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Procter & Gamble | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 155.  Raytheon Technologies Corp | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 156.  Republic Services Inc | A | Dividend | J | T | Buy | 10/28/20 | J | | |
| 157.  United Parcel Service | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 158.  V F Corp | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 159.  Linde PLC | A | Dividend | J | T | Buy | 11/02/20 | J | | |
| 160.  Chubb Ltd | A | Dividend | J | S | Buy | 10/26/20 | J | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Holdings in lines  46, 47 and 69 are mutual funds maintained at Davenport and Company.
Holdings in lines 76 thru 101  inclusive are mutual funds maintained at Stifel Nicolaus & Company
        My investment adviser left UBS in October 2020. I elected to follow him to his new firm and therefore liquidated all of my UBS accounts on October 21, 2020. Proceeds were remitted to Stifel Nicolaus and reinvested on the dates disclosed in this report.

.

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 08/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank J. Santoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544